**Dismissed and Memorandum Opinion filed June 21, 2018.**



In The

# Fourteenth Court of Appeals

## NO. 14-17-01009-CV

### CARL V. YOUNG, JR., Appellant

### V.

### PINE VILLAGE NORTH ASSOCIATION, Appellee

**On Appeal from the 127th District Court
Harris County, Texas
Trial Court Cause No. 2017-35418**

## M E M O R A N D U M    O P I N I O N

This is an appeal from a judgment signed December 7, 2017. The clerk's record was filed March 22, 2018. No brief was filed.

On May 8, 2018, this court issued an order stating that unless appellant filed a brief on or before May 23, 2018, the court would dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

Appellant filed no brief or other response. Accordingly, the appeal is ordered

dismissed.


PER CURIAM


Panel consists of Chief Justice Frost and Justices Donovan and Brown.